# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KGR HOLDINGS, LLC and KPF HOLDINGS, LLC, ) ) ) Plaintiffs, ) ) v. ) ) JAL EQUITY CORP, KAPPA GRAPHICS, LLC, and KAPPA PRODUCT FULFILLMENT SERVICES, LLC, ) ) ) ) ) ) Defendants. ) | Case No. _____ |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Plaintiff, KGR Holdings, LLC and KPF Holdings, LLC's *Motion for Confidential Treatment of Complaint and its Exhibit A* (the "Motion"), it is hereby ORDERED that Plaintiffs' Motion is GRANTED, and that:

1. Plaintiffs' Complaint and Exhibit A thereto shall be filed under seal.

2. Plaintiffs shall file redacted versions of the Complaint no later than five (5) business days after the entry of this Order.

_____
United Stated District Court Judge