IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KGR HOLDINGS, LLC and KPF HOLDINGS, LLC, | ) ) ) |
| Plaintiffs, | ) Case No. 25cv101-UNA ) |
| v. | ) ) ) |
| JAL EQUITY CORP, KAPPA GRAPHICS, LLC, and KAPPA PRODUCT FULFILLMENT SERVICES, LLC, | ) ) ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER**

AND NOW, this 24th day of January, 2025, upon consideration of Plaintiff, KGR Holdings, LLC and KPF Holdings, LLC's *Motion for Confidential Treatment of Complaint and its Exhibit A* (the "Motion"), it is hereby ORDERED that Plaintiffs' Motion is GRANTED, and that:

1. Plaintiffs' Complaint and Exhibit A thereto shall be filed under seal.

2. Plaintiffs shall file redacted versions of the Complaint no later than five (5) business days after the entry of this Order.

_____
United Stated District Court Judge