

faegredrinker.com

**Todd C. Schiltz**
Partner
Todd.Schiltz@faegredrinker.com
+1 302 467 4225 direct

Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, Delaware  19801
+1 302 467 4200 main
+1 302 467 4201 fax

January 24, 2025

*Via E-File*

Clerk of Court
United States District Court for the District of Delaware
844 North King St Unit 18
Wilmington, DE 19801-3570

    Re:    Summons Instructions
           *KGR Holdings, LLC and KPF Holdings, LLC v. JAL Equity Corp, Kappa Graphics, LLC, and Kappa Product Fulfillment Services, LLC*
           Case No. 1:25-cv-00101-UNA

Dear Sir/Madam:

In connection with the above-referenced action, plaintiffs have prepared summonses for service on defendants JAL Equity Corp ("JAL"), Kappa Graphics, LLC ("Kappa Graphics"), and Kappa Product Fulfillment Services, LLC ("Services"). These summonses are submitted herewith for your approval and we kindly request that you issue them.

Plaintiffs respectfully request that an employee of Reno Carson Messenger Service, Inc. be appointed special process server for the purpose of serving the summons, complaint, and related documents on defendant JAL at the following address of its registered agent:

DMS_US.368989096.1

Clerk of Court
January 24, 2025
Page 2 of 2

        Corporation Service Company
        112 North Curry Street,
        Carson City, NV, 89703

Plaintiffs respectfully request that an employee of Brandywine Process Servers, LTD be appointed special process server for the purpose of serving the summons, complaint, and related documents on defendant Kappa Graphics at the following address of its registered agent:

        Corporation Service Company
        251 Little Falls Drive
        Wilmington, DE 19808

Plaintiffs respectfully request that an employee of Information Network Associates, Inc. be appointed special process server for the purpose of serving the summons, complaint, and related documents on defendant Services at the following address of its registered agent:

        Corporation Service Company
        2595 Interstate Drive, Suite 103
        Harrisburg, PA 17110

If you have any questions, please do not hesitate to contact me.

        Respectfully,

        */s/ Todd C. Schiltz*

        Todd C. Schiltz (#3253)

TCS/

DMS_US.368989096.1