Counsel Shall Provide a Chart of All Relevant Deadlines

| EVENT | DEADLINE |
|---|---|
| Motions to amend pleadings & join parties | September 19, 2025 |
| Fact discovery cutoff | September 30, 2025 |
| Completion of document production | July 25, 2025 |
| Pretrial conference | January 16, 2026 at 4:30 p.m. |
| Bench trial (2 days) | January 26, 2026 at 9:30 a.m. |