# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KGR HOLDINGS, LLC AND<br>KPF HOLDINGS, LLC,<br><br>         Plaintiffs,<br><br>     v.<br><br>JAL EQUITY CORP, KAPPA<br>GRAPHICS, LLC, and KAPPA<br>PRODUCT FULFILLMENT<br>SERVICES, LLC,<br><br>         Defendants. | )<br>)<br>)<br>) C.A. No. 25-101 (MN)-EDT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**EXHIBITS TO PLAINTIFFS' DISCOVERY DISPUTE LETTER**
**(submitted pursuant to the Court's September 12, 2025 Oral Order)**

Todd C. Schiltz (#3253)
Ryan M. Messina (# 6875)
FAEGRE DRINKER
BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
todd.schiltz@faegredrinker.com
ryan.messina@faegredrinker.com

*Attorneys for Plaintiffs*

Dated: September 16, 2025