# EXHIBIT 6

REDACTED IN ITS ENTIRETY

# EXHIBIT 7

## REDACTED IN ITS ENTIRETY